# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

    **Plaintiff,**

v.                                                 Case No. 1:23-cv-25-AW-ZCB

**BRIAN C. RODGERS,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's February 15 report and recommendation. ECF No. 6. There has been no objection. I agree with the magistrate judge that Plaintiff is a three-striker. I now adopt the report and recommendation and incorporate it into this order. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 3) is DENIED. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

The motion for counsel (ECF No. 7) is DENIED as moot. The clerk will close the file.

SO ORDERED on March 20, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge